IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QIMONDA RICHMOND, LLC, | ) | Case No. 09-_____ (____) |
| a Delaware Limited Liability Company, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax Identification No.: 51-0567867 | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QIMONDA NORTH AMERICA CORP. | ) | |
| | ) | Case No. 09-_____ (____) |
| a Delaware Corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax Identification No.: 20-4404654 | ) | |
| | ) | |

**DEBTORS' MOTION FOR AN ORDER DIRECTING THE
JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their proposed undersigned counsel, hereby submit this motion (the "Motion") for the entry of an order pursuant to pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"): (i) directing the joint administration of the Debtors' Chapter 11 cases and the consolidation thereof for procedural purposes only; and (ii) granting certain related relief. In support of this Motion, the Debtors rely upon and incorporate herein by reference the

*Affidavit of Miriam Martinez, President and Chief Financial Officer of the Debtors in Support of the First Day Motions* (the "<u>First Day Affidavit</u>"), and respectfully state as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Rule 1015(b) and Local Rule 1015-1.

## BACKGROUND

2. On February 20, 2009 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief with the Court under Chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11 cases, and no committees have been appointed or designated.[1]

## RELIEF REQUESTED

3. The Debtors seek entry of an order, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing: (a) the joint administration of the Debtors' Chapter 11 cases; and (b) parties in interest to use a consolidated caption, indicating that any pleading they file relates to the jointly administered bankruptcy cases of "Qimonda Richmond, LLC, et al."[2] A

---

[1] A description of the Debtors' business, the reasons for filing these chapter 11 cases and the relief sought from this Court to allow for a transition into chapter 11 are set forth in the First Day Affidavit, which was filed contemporaneously with this Motion.

[2] The Debtors further request that a docket entry be made on the docket in the Chapter 11 cases of Qimonda Richmond, LLC and Qimonda North America, Corp. substantially as follows:


proposed consolidated caption for all notices, applications, motions and other pleadings (the "Proposed Caption") is annexed to the proposed order approving this Motion as Exhibit 1. The Debtors also request that the Court find that the Proposed Caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code in all respects.

## BASIS FOR RELIEF REQUESTED

4. Bankruptcy Rule 1015(b) provides, in relevant part, "if a joint petition or two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the estates." Local Rule 1015-1 states that:

> [a]n order of joint administration may be entered, without notice and an opportunity for hearing, upon filing of a motion for joint administration … supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

The Debtors, consisting of a parent corporation and its direct subsidiary, are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the relief requested. An order of joint administration relates to the routine administration of a case and may be entered by the Court in its sole discretion on an ex parte basis. See Local Rule 1015-1.

5. The joint administration of the Debtors' Chapter 11 cases will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. Entering an order directing joint administration of the Debtors' Chapter 11 cases will avoid the need for duplicative

---

(continued…)

    An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Qimonda Richmond, LLC and Qimonda North America, Corp. The docket of Qimonda Richmond, LLC in Case No. 09-____ (____) should be consulted for all matters affecting this case.

notices, motions and applications, thereby saving time and expense. Joint administration also will enable parties in interest in each of the above-captioned Chapter 11 cases to be apprised of the various matters before the Court in all of these cases.

6. Furthermore, because these cases involve thousands of potential creditors, the entry of an order of joint administration will: (a) significantly reduce the volume of pleadings that otherwise would be filed with the Clerk of this Court; (b) render the completion of various administrative tasks less costly; and (c) minimize the number of unnecessary delays associated with the administration of numerous separate Chapter 11 cases. Additionally, because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only.

7. Pursuant to section 342(c)(1) of the Bankruptcy Code, "[i]f notice is required to be given by the debtor to a creditor . . . such notice shall contain the name, address, and last four digits of the taxpayer identification number of the debtor." The Proposed Caption contains all of the required information and, therefore, satisfies the terms of section 342(c) of the Bankruptcy Code.

## PROCEDURE

8. No previous request for the relief sought herein has been made to this or any other Court.

9. No trustee, examiner or statutory creditors' committee has been appointed in these cases. Notice of this Motion has been given to: (a) the Office of the United States Trustee for the District of Delaware; (b) the Debtors' 30 largest unsecured creditors on a consolidated basis, as identified in their Chapter 11 petitions; (c) the non-Debtor counterparties

to the Debtors' various equipment leases; and (d) counsel to the Qimonda AG administrator. The Debtors respectfully submit that no further notice of this Motion is required. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Del. L. R. 9013-1(m). Due to the urgency of the circumstances surrounding this Motion and the nature of the relief herein, the Debtors respectfully submit that no further notice of this Motion is required.

## CONCLUSION

WHEREFORE, for the reasons set forth herein and in the First Day Affidavit, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto as Exhibit A, granting the relief requested in the Motion and such other and further relief as the Court deems proper.

Dated: February 20, 2009
      Wilmington, Delaware

Respectfully submitted,

/s/ Michael J. Merchant
_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Maris J. Finnegan (*DE admission pending*)
Katisha D. Fortune (No. 4857)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      mfinnegan@rlf.com
      fortune@rlf.com

- and -

Mark Thomspon (*pro hac vice* admission pending)
Morris J. Massel (*pro hac vice* admission pending)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Proposed Attorneys for the Debtors and Debtors in Possession*

# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **QIMONDA RICHMOND, LLC,** | ) | Case No. 09-_____ (____) |
| a Delaware Limited Liability Company, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax Identification No.: 51-0567867 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **QIMONDA NORTH AMERICA CORP.** | ) | |
| | ) | Case No. 09-_____ (____) |
| a Delaware Corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax Identification No.: 20-4404654 | ) | |
| | ) | |

## ORDER AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the *Debtors' Motion for an Order Directing the Joint Administration of Their Chapter 11 Cases* (the "Motion"),[1] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Affidavit; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Qimonda Richmond, LLC (the "Parent Case"), Case No. 09-_____ (____).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "Qimonda Richmond, LLC, et al." The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. A docket entry shall be made on the docket in each of the above-captioned cases (other than the Parent Case) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Qimonda Richmond, LLC and Qimonda North America Corp. The docket of Qimonda Richmond, LLC in Case No. 09-_____ (____) should be consulted for all matters affecting this case.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

Dated: _____, 2009
Wilmington, Delaware

UNITED STATES BANKRUPTCY JUDGE

RLF1-3368641-2                                            2

# **EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                                       )
In re                                                  )   Chapter 11
                                                       )
QIMONDA RICHMOND, LLC, et al.,¹                        )   Case No. 09-_____ (___)
                                                       )
                                    Debtors.           )   Jointly Administered
                                                       )
-------------------------------------------------------x
```

**[TITLE OF PLEADING OR OTHER DOCUMENT]**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Qimonda Richmond, LLC (7867) and Qimonda North America Corp. (4654).

RLF1-3368641-2